UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James J. Craig, Jr. and Suzanne M. Craig

Case No.:     14-15626

Hearing Date:     8/9/2016

Judge:     Michael B. Kaplan

Chapter:     13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION

## TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 10, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____7/7_____, 20 16  by  Gary Kay , Esq._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*