**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on August 10, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James J. Craig, Jr. and Suzanne M. Craig

| | |
|---|---|
| Case No.: | 14-15626 |
| Hearing Date: | 8/9/2016 |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

## ORDER DENYING MOTION

## TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 10, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on _____7/7_____, 20 _16_ by _Gary Kay , Esq._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
James J. Craig, Jr.  
Suzanne M. Craig  
    Debtors

Case No. 14-15626-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 10, 2016  
                         Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2016.  
db/jdb         +James J. Craig, Jr.,   Suzanne M. Craig,   382 Millstone Road,   Clarksburg, NJ 08510-1516  
aty            +Gary Kay,   17 Hidden Pine Drive,   Millstone, NJ 08510-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2016 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Bank of America, N.A.  
         bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com  
         Joel A. Ackerman    on behalf of Creditor    BANK OF AMERICA, N.A.  
         bankruptcynotice@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    Bank of America, N.A.  
         bankruptcynotice@zuckergoldberg.com  
         John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,  
         donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com  
                                                                                                     TOTAL: 9