Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–15626–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James J. Craig Jr.
382 Millstone Road
Clarksburg, NJ 08510

Suzanne M. Craig
382 Millstone Road
Clarksburg, NJ 08510

Social Security No.:
xxx–xx–8744                                    xxx–xx–6996

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    2/6/18
Time:    10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Edaward Hanratty

COMMISSION OR FEES
$4,588.70

EXPENSES
$0

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 4, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-15626-MBK
James J. Craig, Jr.                                                         Chapter 13
Suzanne M. Craig
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 3          Date Rcvd: Jan 04, 2018
                              Form ID: 137               Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
```
db/jdb        +James J. Craig, Jr.,    Suzanne M. Craig,    382 Millstone Road,    Clarksburg, NJ 08510-1516
aty           +Gary Kay,    17 Hidden Pine Drive,    Millstone, NJ 08510-1214
aty           +Mark A Kirkorsky,    POB 25287,    Tempe, AZ 85285-5287
cr            +Bank of America, N.A.,    Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept. MAC# D3347-014,
                3476 Stateview Blvd.,    Fort Mill, SC 29715-7200
nc            +Gary A. Kay,    17 Hidden Pines Drive,    Clarksburg, NJ 08510-1214
cr            +PENNYMAC LOAN SERVICING, LLC AS SERVICER FOR PENN,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514655330     +1st Data,    4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
514655331      A.R.M. Solutions, Inc.,    PO Box 3666,    Camarillo, CA 93011-3666
514655332      Allied Interstate,    PO Box 1954,    Southgate, MI 48195-0954
514655334     +Atlantic Irrigation Specialties, Inc.,    111 Lafayette Avenue N.,    White Plains, NY 10603-1602
514655335    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
514701479     #Bank of America, N.A.,    NC4-105-02-99,    PO Box 26012,    Greensboro, NC 27420-6012
514878045     +Bank of America, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                Mountainside, NJ 07092-2315
514655336    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
514655338     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514655337     +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
514655340     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
514655341     +Daniel F. Sahin, PC,    15 Carrs Tavern Road,    PO Box 838,    Clarksburg, NJ 08510-0838
514655343      Dell Commercial Credit,    PO Box 689020,    Des Moines, IA 50368-9020
514655345     +Fac/Nab,    480 James Robertson Pkwy,    Nashville, TN 37219-1212
514655346     +Faloni & Associates, LLC,    165 Passaic Avenue,    Suite 301B,    Fairfield, NJ 07004-3592
514655347     +First Energy JCPL,    76 South Main Street,    Akron, OH 44308-1890
514655348      Frost - Arnett Company,    The Collection Company,    PO Box 1022,    Wixom, MI 48393-1022
514655350     +Global Current Services of NJ LLC,    1350 S. Pennsylvania Ave,    Morrisville, PA 19067-1272
514655351     +Goldman & Warshaw,    PO Box 2500,    Caldwell, NJ 07007-2500
514655352      JCP&L,    PO Box 16001,    Reading, PA 19612-6001
514803089     +JCP&L,    c/o Daniel F. Sahin, P.C.,    PO Box 838,    Clarksburg, NJ 08510-0838
517013621     +JPMorgan Chase Bank, N.A.,    c/o LCS Financial Services Corporation,
                6782 S. Potomac St., Suite 100,    Centennial, CO 80112-4585
517013622     +JPMorgan Chase Bank, N.A.,    c/o LCS Financial Services Corporation,
                6782 S. Potomac St., Suite 100,    Centennial, CO 80112,    JPMorgan Chase Bank, N.A.,
                c/o LCS Financial Services Corporation 80112-4585
514715759    #+Jersey Central Power & Light,,    a Firstenergy Company,    331 Newman Spring Rd., Bldg 3,
                Red Bank, NJ 07701-6771
514655353      John Deere Landscapes,    RT 34 Allaire Airport #36,    Farmingdale, NJ 07727
514655354     +Law  Offices of Andrew T. McDonald, LLC,    1904 Main St, Suite D,    Lake Como, NJ 07719-2953
514951430     +Modern Diagnostic Pathology Consultants,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                Parsippany NJ 07054-5020
514655355     +Monmouth County Sheriff’s Office,    50 East Main Street,    Freehold, NJ 07728-2277
514655356     +New Jersey Division of Taxation,    PO Box 286,    Trenton, NJ 08646-0286
514655357     +Nrthestcrcol,    960 N Main Ave,    Scranton, PA 18508-2126
514655358     +Paladin Group,    3124 S. Parker Rd.,    Suite A2-119,    Aurora, CO 80014-6215
515668920     +PennyMac Loan Services, LLC,    C/O Aldridge Pite, LLP,    Fifteen Piedmont Center,
                3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
515623524     +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,    Moorpark, CA 93021-2602
515623525     +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,    Moorpark, CA 93021,
                PennyMac Loan Services, LLC,    6101 Condor Drive 93021-2602
514655359      Pressler and Pressler, L.L.P.,    7 Entin Road,    Parsippany, NJ 07054-5020
514655360     +Pride Landscape Supply 2,    350 Ernston Road,    Parlin, NJ 08859-1900
514812808    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514655363     +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
514655364     +Solberg & Kennedy Llc,    14040 N Cave Vreek Rd St,    Phoenix, AZ 85022-6179
514655365      State of New Jersey, Workers’ Compensati,    C/O Pressler & Pressler, LLP,    7 Entin Road,
                Parsippany, NJ 07054-5020
514655366     +Suburban Propane,    PO Box 682,    Hummelstown, PA 17036-0682
514655367     +Summit Collection Svcs,    50 N Franklin Tpke,    Ho Ho Kus, NJ 07423-1562
514879991     +Superior Pool Products,    Connie Dickinson,    109 Northpark Blvd.,    Covington, LA 70433-5005
514801056     +Superior Pool Products LLC,    Att: Mark A Kirkorsky,    POB 25287,    Tempe, AZ 85285-5287
514655369     +TD Bank, NA,    C/O Pressler & Pressler,    7 Entin Rd.,    Parsippany, NJ 07054-5020
514655371    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)
```

```
District/off: 0312-3           User: admin              Page 2 of 3              Date Rcvd: Jan 04, 2018
                               Form ID: 137             Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2018 21:59:20     U.S. Attorney,   970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2018 21:59:19     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
cr                E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2018 21:58:53     Ally Financial,
                   PO Box 130424,    Roseville, MN 55113-0004
514655333        +E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2018 21:58:53     Ally Financial,
                   200 Renaissance Ctr,    Detroit, MI 48243-1300
514715865         E-mail/Text: ally@ebn.phinsolutions.com Jan 04 2018 21:58:53
                   Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
514674940         E-mail/Text: mrdiscen@discover.com Jan 04 2018 21:58:55     Discover Bank,
                   DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
514655344        +E-mail/Text: mrdiscen@discover.com Jan 04 2018 21:58:55     Discover Fin Svcs Llc,
                   Po Box 15316,    Wilmington, DE 19850-5316
514852652         E-mail/Text: bkdepartment@rtresolutions.com Jan 04 2018 21:59:27
                   Real Time Resolutions, Inc.,   1349 Empire Central Dr., Ste #150,    P.O. Box 36655,
                   Dallas, TX 75247
514655362         E-mail/Text: bankruptcy@savit.com Jan 04 2018 21:59:50     Savit Collection Agency,
                   PO Box 250,    East Brunswick, NJ 08816-0250
515296517         E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 22:06:16     Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
514685252        +E-mail/Text: robin.steffan@wf-l.com Jan 04 2018 21:59:33     Western Equipment, Finance, Inc.,
                   ATTN: Robin Steffan,    PO Box 640,   Devils Lake, ND 58301-0640
514655372        +E-mail/Text: robin.steffan@wf-l.com Jan 04 2018 21:59:33     Western Equiptment Finance,
                   503 Hwy 2 West,    Devils Lake, ND 58301-2938
514655373         E-mail/Text: robin.steffan@wf-l.com Jan 04 2018 21:59:33     Western Finance & Lease,
                   420 College Drive South,    PO Box 640,   Devils Lake, ND 58301-0640
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514655349        Fst Nat Coll
514655361        Roi Services, Inc.
514655339*      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514655342*      +Daniel F. Sahin, PC,   15 Carrs Tavern Road,   PO Box 838,   Clarksburg, NJ 08510-0838
514655370*      +The Law Offices of Andrew T McDonald LLC,   1904 Main Street,   Suite D,
                   Lake Como, NJ 07719-2953
514655368       ##Superior Pool Products, LLC,   PO Box 610,   Hopkinton, MA 01748-0610
                                                                                  TOTALS: 2, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 04, 2018
                              Form ID: 137             Total Noticed: 65
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 1, 2018 at the address(es) listed below:
            Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
            Albert    Russo     docs@russotrustee.com
            Albert    Russo  (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
            Denise E. Carlon     on behalf of Creditor    Bank of America, N.A.
             bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
            Edward    Hanratty     on behalf of Joint Debtor Suzanne M. Craig thanratty@tomeslawfirm.com,
             ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
            Edward    Hanratty     on behalf of Debtor James J. Craig, Jr. thanratty@tomeslawfirm.com,
             ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
            Edward    Hanratty     on behalf of Non Compliance Gary A. Kay thanratty@tomeslawfirm.com,
             ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
            Jennifer R. Gorchow     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
            Joel A. Ackerman     on behalf of Creditor    Bank of America, N.A.
             bankruptcynotice@zuckergoldberg.com
            Joel A. Ackerman     on behalf of Creditor    BANK OF AMERICA, N.A.
             bankruptcynotice@zuckergoldberg.com
            John R. Morton, Jr.     on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
             mortoncraigecf@gmail.com
            Nicholas V. Rogers     on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com
            Nicholas V. Rogers     on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC AS SERVICER FOR
             PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com
            Sherri J. Braunstein     on behalf of Creditor     PennyMac Holdings, LLC nj.bkecf@fedphe.com,
             nj.bkecf@fedphe.com
            William M. E. Powers, III     on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
            William M.E. Powers, III     on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
                                                                                                  TOTAL: 16
```