UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward Hanratty
Tomes & Hanratty PC
1 West Main Street, 3rd Fl.
Freehold NJ 07728
732 333 0681

In Re:

James & Suzanne Craig

**Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  14-15626

Adv. No.:

Hearing Date:
Judge: MBK

## ORDER ENFORCING 2004 EXAMINATION

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: June 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1. Matthew Wallace, Esq. is compelled to provide requested documents stated in the 2004 Examination to the office of Tomes & Hanratty within 10 days of the date of this order.