UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Edward Hanratty
Tomes & Hanratty PC
1 West Main Street, 3rd Fl.
Freehold NJ 07728
732 333 0681

In Re:

James & Suzanne Craig

Case No.: 14-15626

Adv. No.:

Hearing Date:
Judge: MBK

**Order Filed on June 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER ENFORCING 2004 EXAMINATION

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: June 14, 2018**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

1. Matthew Wallace, Esq. is compelled to provide requested documents stated in the 2004 Examination to the office of Tomes & Hanratty within 10 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
James J. Craig, Jr.  
Suzanne M. Craig  
    Debtors

Case No. 14-15626-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 15, 2018  
                      Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2018.
```
db/jdb         +James J. Craig, Jr.,    Suzanne M. Craig,    382 Millstone Road,    Clarksburg, NJ 08510-1516
aty            +Gary Kay,    17 Hidden Pine Drive,    Millstone, NJ 08510-1214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC
               HOLDINGS, LLC nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC
               HOLDINGS, LLC craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Joint Debtor Suzanne M. Craig thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              Edward   Hanratty    on behalf of Debtor James J. Craig, Jr. thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              Edward   Hanratty    on behalf of Non Compliance Gary A. Kay thanratty@tomeslawfirm.com,
               ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;abby@tomeslawfirm.com
              Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC AS SERVICER FOR
               PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
                                                                                             TOTAL: 16
```