| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Edward Hanratty<br>Tomes & Hanratty PC<br>1 West Main Street, 3rd Fl.<br>Freehold NJ 07728<br>732 333 0681 | **Order Filed on March 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>James & Suzanne Craig | Case No.: 14-15626<br><br>Adv. No.:<br><br>Hearing Date:<br>Judge: MBK |

## ORDER ENFORCING 2004 EXAMINATION

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: March 29, 2019**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

1. Matthew Wallace, Esq. is compelled to provide requested documents stated in the 2004 Examination to the office of Tomes & Hanratty within 10 days of the date of this order.