| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Edward Hanratty<br>Tomes & Hanratty PC<br>1 West Main Street, 3rd Fl.<br>Freehold NJ 07728<br>732-333-0681 | Order Filed on July 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>James Craig and Suzanne M. Craig | Case No.: 14-15626<br><br>Chapter : 13<br><br>Judge: MBK |

**CONSENT ORDER REINSTATING STAY**

The relief set forth on the following pages, numbered one (1) through

_____ is hereby **ORDERED.**

**DATED: July 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is Ordered that as of the _____ day of _____, the following is GRANTED:

1. The Automatic Stay is hereby Reinstated for 60 days from the date of this order

Date:__7/2/2019_____                /s/ Edward Hanratty_____
                                      Attorney for Debtor(s)
                                      Edward Hanratty, Esq.
                                      Tomes & Hanratty, PC
                                      1 West Main Street, 3rd Fl.
                                      Freehold, NJ 07728


Date:__7/2/2019_____                /s/ Emmanuel Argentieri__
                                      Attorney for Creditor
                                      Emmanuel Argentieri, Esq.
                                      Romano Garubo & Argentieri
                                      52 Newton Avenue
                                      Woodbury, NJ 08096