UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Edward Hanratty
Tomes & Hanratty PC
1 West Main Street, 3rd Fl.
Freehold NJ 07728
732-333-0681

**Order Filed on July 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

James Craig and Suzanne M. Craig

Case No.: 14-15626

Chapter : 13

Judge: MBK

**CONSENT ORDER REINSTATING STAY**

The relief set forth on the following pages, numbered one (1) through _____ is hereby **ORDERED.**

**DATED: July 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by the Debtor and for good cause it is Ordered that as of the _____ day of _____, the following is GRANTED:

    1. The Automatic Stay is hereby Reinstated for 60 days from the date of this order

Date: 7/2/2019                       /s/ Edward Hanratty
                                                Attorney for Debtor(s)
                                                Edward Hanratty, Esq.
                                                Tomes & Hanratty, PC
                                                1 West Main Street, 3rd Fl.
                                                Freehold, NJ 07728

Date: 7/2/2019                       /s/ Emmanuel Argentieri
                                                  Attorney for Creditor
                                                Emmanuel Argentieri, Esq.
                                                Romano Garubo & Argentieri
                                                52 Newton Avenue
                                                Woodbury, NJ 08096

United States Bankruptcy Court
District of New Jersey

In re:  
James J. Craig, Jr.  
Suzanne M. Craig  
    Debtors

Case No. 14-15626-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 15, 2019  
                       Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.  
db/jdb      +James J. Craig, Jr.,   Suzanne M. Craig,   382 Millstone Road,   Clarksburg, NJ 08510-1516  
aty        +Gary Kay,   17 Hidden Pine Drive,   Millstone, NJ 08510-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:

        Albert   Russo   docs@russotrustee.com  
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Andrew L. Spivack   on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com  
        Craig Scott Keiser   on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC HOLDINGS, LLC craig.keiser@law.njoag.gov  
        Denise E. Carlon   on behalf of Creditor    Bank of America, N.A. bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
        Edward   Hanratty   on behalf of Joint Debtor Suzanne M. Craig thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
        Edward   Hanratty   on behalf of Debtor James J. Craig, Jr. thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
        Edward   Hanratty   on behalf of Non Compliance Gary A. Kay thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
        Emmanuel J. Argentieri   on behalf of Creditor    U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com  
        Jennifer R. Gorchow   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com  
        John R. Morton, Jr.   on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Nicholas V. Rogers   on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC AS SERVICER FOR PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com  
        Nicholas V. Rogers   on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com  
        Sherri Jennifer Smith   on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        William M. E. Powers, III   on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com  
                                                                                                                    TOTAL: 17