UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

TOMES & HANRATTY P.C.
1 West Main St.
Freehold, NJ 07728
732-333-0681

**Order Filed on July 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JAMES J. CRAIG & SUZANNE M. CRAIG

Case No.: 14-15626

Chapter: 13

Judge: Michael B. Kaplan


# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Edaward Hanratty_____, the applicant, is allowed a fee of $ _____1,943.00_____ for services rendered and expenses in the amount of $_____00.00_____ for a total of $_____1,943.00_____ . The allowance shall be payable:

- ❏ through the Chapter 13 plan as an administrative priority.
- ☑ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:  
James J. Craig, Jr.  
Suzanne M. Craig  
    Debtors

Case No. 14-15626-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jul 26, 2019  
                 Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2019.  
db/jdb      +James J. Craig, Jr.,    Suzanne M. Craig,    382 Millstone Road,    Clarksburg, NJ 08510-1516  
aty         +Gary Kay,    17 Hidden Pine Drive,    Millstone, NJ 08510-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2019 at the address(es) listed below:  
       Albert Russo    docs@russotrustee.com  
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com  
       Craig Scott Keiser    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC HOLDINGS, LLC craig.keiser@law.njoag.gov  
       Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Edward Hanratty    on behalf of Joint Debtor Suzanne M. Craig thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
       Edward Hanratty    on behalf of Debtor James J. Craig, Jr. thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
       Edward Hanratty    on behalf of Non Compliance Gary A. Kay thanratty@tomeslawfirm.com, ftomes@tomeslawfirm.com;G17018@notify.cincompass.com;meg@tomeslawfirm.com;arely@tomeslawfirm.com  
       Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com  
       Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com  
       John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC AS SERVICER FOR PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com  
       Sherri Jennifer Smith    on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com  
       TOTAL: 17