| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>STANDING CHAPTER 13 TRUSTEE | |
| In Re:<br>    **JAMES J. CRAIG, JR.**<br>    **SUZANNE M. CRAIG**<br><br>            Debtor(s) | Case No: 14-15626 MBK<br><br>Chapter 13<br><br>Judge: Michael B. Kaplan |

### TRUSTEE'S REPLY TO RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED BY RUSHMORE LOAN MANAGEMENT SERVICES

The Standing Chapter 13 Trustee, Albert Russo, submits his response to Creditor's Response to Notice of Final Cure for the reasons set forth below:

1. Debtors Chapter 13 Bankruptcy was filed on 3/25/2014.

2. Creditor, US Bank, c/o Rushmore Loan, filed Proof of Claim #12-1 on 6/24/14 for a mortgage arrearage claim of $100,608.35

3. Creditor, US Bank c/o Rushmore Loan received payment in full on the claim. Attached as Exhibit "A", is a copy of Creditor Claim Report.

DATED: 11/14/19                              /s/ *Albert Russo*
                              Albert Russo, Standing Chapter 13 Trustee

**Claim Report**           Report Date: 11/14/2019

**Debtors: James J. Craig, Jr. & Suzanne M. Craig**
**Chapter 13 Case No. 14-15626 / MBK**

## CREDITOR INFORMATION

| | | |
|---|---|---|
| Creditor Name: | U.S. BANK, NATIONAL ASSOCIATION | Account #: 5368/ 0817/7022 |
| Payment Address: | c/o RUSHMORE LOAN MANAGEMENT SERVICES | Court Claim #: 12-1 |
| | PO BOX 52708 | |
| | IRVINE, CA 926192708 | Trustee Claim ID #: 12 |

Claim Notes:     P/382 MILLSTONE RD/1ST MTG/BAC

| | |
|---|---|
| Claim Amount to be Paid by Trustee: | $100,608.35 |
| Total Paid By Trustee thru 11/14/2019: | $100,608.35 |
| Balance to be Paid by Trustee: | $0.00 |

## DISBURSEMENTS

| Check Date | Check Number | Payee Name | Check Status | Check Status Date | Check Amount |
|---|---|---|---|---|---|
| 10/24/2014 | 2263367 | WELLS FARGO BANK, NA | Cleared | 12/04/2014 | $8,651.97 |
| 11/24/2014 | 2266310 | WELLS FARGO BANK, NA | Cleared | 01/14/2015 | $1,889.97 |
| 12/18/2014 | 2269001 | WELLS FARGO BANK, NA | Cleared | 01/14/2015 | $1,846.57 |
| 01/22/2015 | 2271944 | WELLS FARGO BANK, NA | Cleared | 02/06/2015 | $1,846.56 |
| 02/12/2015 | 2274374 | WELLS FARGO BANK, NA | Cleared | 03/04/2015 | $1,846.57 |
| 03/10/2015 | 2276764 | WELLS FARGO BANK, NA | Cleared | 04/06/2015 | $1,846.56 |
| 07/01/2015 | 2286818 | WELLS FARGO BANK, NA | Cleared | 07/20/2015 | $1,967.08 |
| 08/10/2015 | 2289344 | PENNYMAC LOAN SERVICES, LLC | Cleared | 08/27/2015 | $3,718.74 |
| 10/05/2015 | 2294344 | PENNYMAC LOAN SERVICES, LLC | Cleared | 10/26/2015 | $1,859.37 |
| 11/02/2015 | 2296904 | PENNYMAC LOAN SERVICES, LLC | Cleared | 11/30/2015 | $1,859.38 |
| 12/02/2015 | 2299568 | PENNYMAC LOAN SERVICES, LLC | Cleared | 12/21/2015 | $1,828.32 |
| 02/01/2016 | 2304465 | PENNYMAC LOAN SERVICES, LLC | Cleared | 02/22/2016 | $4,987.12 |
| 03/01/2016 | 2306846 | PENNYMAC LOAN SERVICES, LLC | Cleared | 03/18/2016 | $1,343.04 |
| 04/01/2016 | 2309644 | PENNYMAC LOAN SERVICES, LLC | Cleared | 04/21/2016 | $4,141.91 |
| 05/02/2016 | 2312143 | PENNYMAC LOAN SERVICES, LLC | Cleared | 05/20/2016 | $1,828.31 |
| 06/01/2016 | 2314784 | PENNYMAC LOAN SERVICES, LLC | Cleared | 06/20/2016 | $1,828.31 |
| 07/05/2016 | 2317570 | PENNYMAC LOAN SERVICES, LLC | Cleared | 07/27/2016 | $1,828.31 |
| 08/01/2016 | 2319961 | PENNYMAC LOAN SERVICES, LLC | Cleared | 08/24/2016 | $1,828.31 |
| 09/01/2016 | 2322424 | PENNYMAC LOAN SERVICES, LLC | Cleared | 09/22/2016 | $1,845.78 |
| 10/03/2016 | 2324927 | PENNYMAC LOAN SERVICES, LLC | Cleared | 10/17/2016 | $1,845.78 |
| 12/01/2016 | 2329591 | PENNYMAC LOAN SERVICES, LLC | Cleared | 12/24/2016 | $1,824.43 |
| 03/02/2017 | 2336305 | PENNYMAC LOAN SERVICES, LLC | Cleared | 03/21/2017 | $5,469.72 |
| 04/04/2017 | 2338748 | PENNYMAC LOAN SERVICES, LLC | Cleared | 05/01/2017 | $1,824.43 |
| 05/02/2017 | 2340948 | PENNYMAC LOAN SERVICES, LLC | Cleared | 05/24/2017 | $1,824.44 |
| 06/01/2017 | 2343237 | PENNYMAC LOAN SERVICES, LLC | Cleared | 06/26/2017 | $3,648.86 |

**Claim Report**                                    Report Date: 11/14/2019

**Debtors: James J. Craig, Jr. & Suzanne M. Craig**
**Chapter 13 Case No. 14-15626 / MBK**

## CREDITOR INFORMATION

| | | |
|---|---|---|
| Creditor Name: | U.S. BANK, NATIONAL ASSOCIATION | Account #: 5368/ 0817/7022 |
| Payment Address: | c/o RUSHMORE LOAN MANAGEMENT SERVICES | Court Claim #: 12-1 |
| | PO BOX 52708 | |
| | IRVINE, CA  926192708 | Trustee Claim ID #: 12 |

Claim Notes:    P/382 MILLSTONE RD/1ST MTG/BAC

| | |
|---|---|
| Claim Amount to be Paid by Trustee: | $100,608.35 |
| Total Paid By Trustee thru 11/14/2019: | $100,608.35 |
| Balance to be Paid by Trustee: | $0.00 |

## DISBURSEMENTS

| Check Date | Check Number | Payee Name | Check Status | Check Status Date | Check Amount |
|---|---|---|---|---|---|
| 08/01/2017 | 2347739 | PENNYMAC LOAN SERVICES, LLC | Cleared | 08/28/2017 | $1,824.43 |
| 09/01/2017 | 2350086 | PENNYMAC LOAN SERVICES, LLC | Cleared | 09/26/2017 | $1,824.44 |
| 10/02/2017 | 2352285 | PENNYMAC LOAN SERVICES, LLC | Cleared | 10/20/2017 | $1,824.43 |
| 01/05/2018 | 2359260 | PENNYMAC LOAN SERVICES, LLC | Cleared | 01/25/2018 | $5,444.19 |
| 02/01/2018 | 2361063 | PENNYMAC LOAN SERVICES, LLC | Cleared | 02/22/2018 | $1,814.73 |
| 04/24/2018 | | PENNYMAC LOAN SERVICES, LLC | Creditor Refund | | ($1,814.73) |
| 08/01/2019 | 2398674 | U.S. BANK, NATIONAL ASSOCIATION | Cleared | 08/09/2019 | $24,461.02 |

|  |  |
|---|---|
| Total Paid by Trustee: | $100,608.35 |