UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Edward Hanratty, Esq.
80 Court Street
Freehold NJ 07728
T:732-866-6655
F:732-734-0651

**Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JAMES & SUZANNE CRAIG

Case No.: 14-15626

Hearing Date:

Judge: MBK

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____ the debtors _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ☐ An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __15__ days for closing eligibility. The case may be closed upon entry of the discharge.

5. The certification in support of discharge must be filed with in 14 days of this order.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-15626-MBK
James J. Craig, Jr.                                                       Chapter 13
Suzanne M. Craig
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jul 15, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.
db/jdb         +James J. Craig, Jr.,    Suzanne M. Craig,    382 Millstone Road,    Clarksburg, NJ 08510-1516
aty            +Gary Kay,    17 Hidden Pine Drive,    Millstone, NJ 08510-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC
               HOLDINGS, LLC nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC, SERVICER FOR PENNYMAC
               HOLDINGS, LLC craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Edward   Hanratty    on behalf of Joint Debtor Suzanne M. Craig
               thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Debtor James J. Craig, Jr.
               thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
              Edward   Hanratty    on behalf of Non Compliance Gary A. Kay
               thanratty@centralnewjerseybankruptcylawyer.com,    aaguirre@centralnewjerseybankruptcylawyer.com
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com
              Jennifer R. Gorchow    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    PENNYMAC LOAN SERVICING, LLC AS SERVICER FOR
               PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    PennyMac Holdings, LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              William M. E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Holdings, LLC ecf@powerskirn.com
                                                                                                TOTAL: 17